IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SAMMY CARL NELSON, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv167 |
| BRYAN COLLIER, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Sammy Carl Nelson, Jr., an inmate formerly confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding with counsel, brings this lawsuit.

Discussion

Plaintiff paid the filing fee in the above-styled action. Accordingly, on April 15, 2021, the Clerk delivered summonses to plaintiff so that he could serve the defendants in accordance with FED. R. CIV. P. 4.

In his Fourth Amended Complaint, the live pleading in this action, plaintiff named the following defendants: the Texas Department of Criminal Justice; Darren Wallace; the Mark W. Stiles Unit; Gabriel Joseph; Sergeant Henry Brown; John Does 1-3; DeAnthony Russell; Eric Watson; Terry Dixon; Terry Rosemond; and Tyriekus Edwards. Defendants the Texas Department of Criminal Justice and Darren Wallace have been dismissed pursuant to their respective motions to dismiss. As of this date, however, there is no evidence any of the other defendants have been served.

Analysis

Rule 4(m) of the Federal Rules of Civil Procedure states:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be effected within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m).

More than ninety days have elapsed since the date the court provided plaintiff with summonses for service. Plaintiff has failed to either provide proof of proper service or show good cause for failing to effect service. Dismissal is mandatory absent a showing of good cause. *McDonald v. United States*, 898 F.2d 466, 468 (5th Cir. 1990). As a result, plaintiff's claims should be dismissed without prejudice.

## Recommendation

Plaintiff's claims should be dismissed without prejudice pursuant to FED. R. CIV. P. 4(m).

## Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 17th day of April, 2024.

_____
Zack Hawthorn
United States Magistrate Judge